```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 22180
  MARGARET C AXELSON
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

          Debtor
  SSN XXX-XX-1455


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 08/22/08 .

     2.   The case was dismissed without confirmation, 12/05/2008.

---------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID            PAID
---------------------------------------------------------------------------
TOYOTA MOTOR CREDIT CORP  SECURED VEHIC         .00              .00              .00
AFNI/ VERIZON WIRELESS    UNSECURED       NOT FILED              .00              .00
APPLIED CARD BANK         UNSECURED       NOT FILED              .00              .00
CAPITAL ONE BANK          UNSECURED       NOT FILED              .00              .00
CAPITAL ONE BANK          UNSECURED       NOT FILED              .00              .00
CBE GROUP                 UNSECURED       NOT FILED              .00              .00
CHASE BANK USA            UNSECURED       NOT FILED              .00              .00
CHECK RECOVERY SYSTEMS    UNSECURED       NOT FILED              .00              .00
MIDWEST CENTER FOR STRES  UNSECURED       NOT FILED              .00              .00
FIRST PREMIER BANK        UNSECURED       NOT FILED              .00              .00
NORTHWEST COMMUNITY HOSP  UNSECURED       NOT FILED              .00              .00
HUNTER WARFIELD           UNSECURED       NOT FILED              .00              .00
COLLECTION SYSTEMS OF FR  UNSECURED       NOT FILED              .00              .00
NICOR GAS                 UNSECURED       NOT FILED              .00              .00
NICOR GAS                 UNSECURED       NOT FILED              .00              .00
PEOPLE FIRST COM          UNSECURED       NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       NOT FILED              .00              .00
RECEIVABLES MANAGEMENT I  UNSECURED       NOT FILED              .00              .00
          Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED      OTHER          TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00           .00          .00             .00
PRINCIPAL PAID          .00          .00           .00          .00             .00
INTEREST PAID           .00          .00           .00          .00             .00
TOTAL PAID              .00          .00           .00          .00             .00
The Debtor's attorney, FRASER & YOURA LLC            , was allowed $    3500.00
and was paid $     196.00   direct and $        .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE